UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CASSANDRA SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-cv-00455-JAW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 13, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Attorney Fees (Docket # 20) be and hereby is GRANTED, but in the amount of $6,200.00 and not in any "net amount". The payment should be made to the attorney, and the necessary amount, $6,503.60 ($2,973.60 + $3,530), then returned by counsel to the Plaintiff, in the usual manner.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2011